No. 05–6852. GILES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6862. CLARK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7102. GOYNES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–7270. CONNER v. POLK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–7734. CORNWELL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–7760. PANAH v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–8018. SCOTT v. FEDERAL RESERVE BANK OF KANSAS CITY ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–8053. STARLING v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 05–8147. BROWN v. POLK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–8227. MORRISETTE v. WASHINGTON, ACTING WARDEN. Sup. Ct. Va. Certiorari denied.

No. 05–8238. TURNER v. ANADARKO PETROLEUM CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–8245. WEBER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 05–8250. KING v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 05–8253. LEE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.